UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUNJA NAUMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, AND DOES 1 to 100,<br><br>    Defendants. | Case No. 2:18-cv-02477-JAM-CKD<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-02477 JAM CKD, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 23, 2019                    /s/ John A. Mendez_____
                                             HON. JOHN A. MENDEZ
                                             United States District Court Judge